ROGER L. CURRY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73-CC-236 

EDWARD E. BAKER, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF TRANSPORTATION, Respondent.

*Opinion filed June 20, 1973.*

EDWARD E. BAKER, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; DOUGLAS G. OLSON, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73-CC-248 

PHILLIPS PETROLEUM COMPANY, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF LAW ENFORCEMENT, Respondent.

·*Opinion filed June 20, 1973.*

PHILLIPS PETROLEUM COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; DOUGLAS G. OLSON, Assistant Attorney General, for Respondent.

PER CURIAM.